UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re: **Scott Walker / Mary Walker**  *  Case No. **09-25762**
Debtor(s)  *  (Chapter 13)

*    *    *    *    *    *

### LINE AMENDING PLAN

as follows:  The Debtor(s) named above hereby amend the Chapter 13 plan of record in this case

✓ ____ To provide for plan payments of $**2,600.00** per month for ~~a term~~ **the final** of **58** months.

____ Secured Creditors will retain their liens.

____ The Trustee will pay the following secured claims through the plan, with the appropriate contract/statutory rate of percent (unless modified by agreement or Court order):

____ The following secured claims will be paid directly by the Debtor(s) outside the plan:

____ To provide as follows:

BY DELIVERING AN ORIGINALLY SIGNED COPY OF THIS LINE TO THE TRUSTEE, I/WE SPECIFICALLY AUTHORIZE THE TRUSTEE TO ELECTRONICALLY TRANSMIT THE LINE FOR FILING WITH THE COURT.

Date: **11/4/09**

_(signature)_

Dianne Hughes